# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUE A. WAGNER,<br><br>Defendant. | PO-22-5017-GF-JTJ<br><br>VIOLATION:<br>E1102793<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation E1102793 (for a total of $75), and for good cause shown, IT IS ORDERED that the $75 fine paid by the defendant is accepted as a full adjudication of violation E1102793.

IT IS FURTHER ORDERED that the initial appearance scheduled for February 10, 2022, is VACATED.

DATED this 7th day of February, 2022.

_____
John Johnston
United States Magistrate Judge